# DECISIONS

OF THE

# COURT OF APPEALS

## OF KENTUCKY.

### FALL TERM....1842.

---

## Murray and wife *versus* Oliver *et al.*        Case 1.

ERROR TO THE HICKMAN COUNTY COURT.

*County Courts.   Administrators.   Appellate Jurisdiction.*

CHIEF JUSTICE ROBERTSON delivered the opinion of the Court.   *September 6.*

ADMINISTRATION of the estates of intestates and the right to such administration being regulated by law, the removal of an administrator by a County Court, is necessarily a judicial act, and is therefore revisable by this Court, under the constitution and statutes of Kentucky.

The record of the removal in this case, does not show either a citation to, or any appearance by the administrator or the administratrix, who have been removed by an order now sought to be reversed. The order must therefore be deemed erroneous and void.

But the supplemental order for exhonerating the sureties, however irregular or erroneous it might seem to be, is not cognizable on this writ of error by the removed representatives.

Wherefore it is considered that the order for removing the administrator and administratrix be set aside and held for nought.

*Cates & Lindsey* for plaintiffs.

The removal of an administrator by the County Court is a *judicial* act, which is subject to revision by the Court of Appeals.

To authorize the County Court to remove an administrator, he must be notified, unless he voluntarily appear.

On reversing an order of the County Court improperly removing an administrator and releasing his sureties, this Court cannot do more at the instance of administrator.